# United States Bankruptcy Court
### District of Maryland

10-14831

In re   Samuel Green                                                    Case No._____

_____
                        Debtor(s)                                       Chapter  7  _____

Address:
2700 Roslyn Avenue
Baltimore, MD 21216

Social Security No(s).:   xxx-xx-5685
   Joint Debtor:

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services, I have agreed to accept............................................$_____299.00

   Prior to the filing of this statement I have received ......................................................$_____299.00

   Balance Due ..................................................................................................................$_____0.00

2. I have prepared or caused to be prepared the following documents (itemize):


   and provided the following services (itemize):

3. The source of the compensation paid to me was:      __XX__ Debtor     _____ Other (specify)

4. The source of the compensation to be paid to me is:  __XX__ Debtor     _____ Other (specify)

5. The foregoing is a complete statement of any agreement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:
   NAME                              SOCIAL SECURITY NUMBER

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _____           Date  1-23-09  _____
Signature

522078026_____
Social Security Number

Platinum Agency Inc._____
Name (Print)

40 S.Carrollton Avenue
Baltimore, MD 21223
_____
Address

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines of imprisonment or both.
11 U.S.C. § 110; 18 U.S.C. § 156.